| No | IP | Port | Client | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 76.104.12.238 | 30227 | μTorrent 3.4.8 | 2016-09-29 00:35:48 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Lynchburg | Campbell |
| 2 | 73.216.246.135 | 25858 | [unknown Client] | 2016-09-29 03:02:59 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Danville | Danville (city) |
| 3 | 98.244.84.195 | 55046 | qBittorrent 3.1.A | 2016-09-29 03:42:25 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Charlottesville | Albemarle |
| 4 | 73.152.192.4 | 43349 | μTorrent 3.4.8 | 2016-09-29 03:59:16 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Ridgeway | Henry |
| 5 | 73.147.41.210 | 27958 | Azureus 5.7.2 | 2016-09-29 04:28:11 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Danville | Danville (city) |
| 6 | 67.187.21.231 | 6881 | μTorrent 3.4.0 | 2016-09-29 06:18:32 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Danville | Danville (city) |
| 7 | 73.147.61.81 | 54848 | DelugeTorrent 2.4.3 | 2016-09-29 06:57:36 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Lynchburg | Campbell |
| 8 | 73.40.38.180 | 64523 | μTorrent 3.4.8 | 2016-09-29 09:46:32 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Danville | Danville (city) |
| 9 | 75.75.16.131 | 30872 | μTorrent 3.4.7 | 2016-09-29 10:49:28 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Hurt | Pittsylvania |
| 10 | 73.216.89.246 | 57149 | μTorrent 3.4.8 | 2016-09-29 13:05:14 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Danville | Danville (city) |
| 11 | 73.148.90.111 | 64435 | BitTorrent 7.9.8 | 2016-09-29 14:10:20 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Winchester | Frederick |
| 12 | 68.63.171.195 | 54867 | libtorrent 0.G.0 | 2016-09-29 20:08:29 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Chilhowie | Smyth |
| 13 | 71.57.220.213 | 55800 | μTorrent 3.4.8 | 2016-09-29 23:57:24 | Mechanic Resurrection.2016.HC.HDRip.XViD.AC3-ETRG | SHA1: B5201111ACEC1E5025D | Comcast Cable | Virginia | Danville | Danville (city) |